Briggs & Turvias, appellee, v. Fort Wayne Rolling Mill Company, appellant. Gen. No. 27,266.

Motions to quash service of process and to vacate a default judgment. Motions overruled. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed December 11, 1922. Rehearing denied and opinion modified December 22, 1922.

Underwood, Smyser, Young & Basse, for appellant. Benjamin B. Morris, for appellee.

Mr. Justice Dever delivered the opinion of the court.